NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACROW CORPORATION OF AMERICA,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

**and**

**MABEY BRIDGE & SHORE, INC.,**
*Defendant.*

---

2011-5035

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-682, Judge Christine O.C. Miller.

---

**ON MOTION**

---

**ORDER**

The United States moves for a 7-day extension of time, until March 3, 2011, to file its response to Acrow Corporation of America's motion for a stay/injunction

pending appeal and motion for expedited consideration of the appeal.  Acrow Corporation of America opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 5 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Thomas A. Coulter, Esq.
     Lartease M. Tiffith, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 5 2011

JAN HORBALY
CLERK